JOHN W. CARPENTER (Cal. Bar No. 221708)
Law Offices of John W. Carpenter LLC
829 Baronne St.
New Orleans, LA 70113
Telephone: 1-415-577-0698
Facsimile: 1-866-410-6248
Email: john@jwcarpenterlaw.com

*Attorneys for Plaintiff,*
*Albert John Freeman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ALBERT JOHN FREEMAN,**<br><br>            Plaintiff,<br><br>v.<br><br>**UNITED PARCEL SERVICE, INC. and UNITED PARCEL SERVICE OF AMERICA INC.**<br><br>            Defendants. | **CASE NO. 14-CV-01862-JSW**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2** |

Pursuant to Civil L.R. 6-2, Plaintiff Albert John Freeman ("FREEMAN") and Defendants United Parcel Service, Inc. and United Parcel Service of America, Inc. (collectively "UPS") hereby stipulate to a continuance of the Initial Case Management Conference in this matter.

-2-

1     The Initial Case Management Conference is currently set for August 8, 2014 at
2 11:00 A.M.
3     On May 16, 2014 the parties filed a Stipulation (Docket Entry No. 10) which allowed
4 UPS to move, answer, or otherwise respond to FREEMAN's Complaint for Patent Infringement
5 on or before June 9, 2014.
6     The parties have been in settlement discussions.  This case has not settled.
7     FREEMAN is asking this Court to continue the Initial Case Management Conference to
8 September 5, 2014 at 11:00 A.M., or to whatever date and time thereafter may be set by the
9 Court.  UPS does not seek a continuance but does not oppose FREEMAN's request.
10     The Parties will participate in a Federal Rule of Civil Procedure 26(f) Conference no later
11 than July 25, 2014.
12     This is the first request for a time modification of the Initial Case Management in this
13 matter.
14     The present requested time modification would have no material effect on the schedule
15 for this case.

-2-
**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE**
**Case No. 14-cv-01862-JSW**

-3-

1     Accordingly, it is hereby stipulated and agreed that the Initial Case Management
2 Conference in this matter be continued to September 5, 2014 at 11:00 A.M., or to whatever date
3 and time thereafter may be set by the Court.

4

5 DATED:  July 21, 2014                                LAW OFFICES OF JOHN W. CARPENTER

6                                                BY:  /S/ *JOHN W. CARPENTER*

7                                                JOHN W. CARPENTER (Cal. Bar No. 221708)
                                                 Law Offices of John W. Carpenter LLC
8                                                829 Baronne St.
9                                                New Orleans, LA  70113
                                               Telephone:  1-415-577-0698
10                                              Facsimile:   1-866-410-6248
                                               Email:  john@jwcarpenterlaw.com
11
                                               *Attorneys for Plaintiff*
12                                                *Albert John Freeman*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| DATED:  July 21, 2014 | MICHAEL A. JACOBS (CA SBN 111664)<br>MJacobs@mofo.com<br>DANIELLE COLEMAN (CA SBN 248456)<br>DColeman@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>BITA RAHEBI (CA SBN 209351)<br>BRahebi@mofo.com<br>ALEX S. YAP (CA SBN 241400)<br>AYap@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California  90017-3543<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454<br><br>Attorneys for Defendants<br><br>UNITED PARCEL SERVICE, INC. AND UNITED PARCEL SERVICE OF AMERICA INC. |

<u>Filer's Attestation of Concurrence by Signatory</u>

I, John W. Carpenter, counsel for Albert John Freeman, hereby attest that I have obtained the concurrence of Danielle Coleman in the filing of this document.

/S/ John W. Carpenter
JOHN W. CARPENTER

IT IS SO ORDERED this  21st   day of July, 2014

_____
Honorable Jeffrey S. White
United States District Judge

-4-
**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE**
**Case No. 14-cv-01862-JSW**